1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant Juarez

6                                                      *E-FILED - 12/17/08*

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12   UNITED STATES OF AMERICA,          )    No. CR-08-00626-1-RMW
                                        )
13                       Plaintiff,     )    **[] ORDER CONTINUING**
     v.                                 )    **HOWARD HOWELL'S SENTENCING**
14                                      )    **DATE TO FEBRUARY 23, 2009**
     JOSE J. JUAREZ,                    )
15                                      )
                         Defendant.     )
16   _____)

17   _____**ORDER**_____

18        Good cause appearing and by stipulation of the parties, it is hereby ordered that the

19   sentencing hearing in the above-captioned matter shall be continued from January 5, 2009, to

20   February 23, 2008 at 9:00 a.m.

21
     Dated: December  17 , 2008
22                                         *Ronald M. Whyte*
                                           _____
23                                         HON. RONALD M. WHYTE,
                                           United States District Judge

24

25

26

Order Continuing Sentencing Hearing
No. CR-00626-1-RMW                       1